STATE OF CONNECTICUT *v.* RONALD BENTON

The defendant's petition for certification for appeal from the Appellate Court, 47 Conn. App. 86 (AC 15434), is denied.

BERDON, J., dissenting. I would grant the defendant's petition for certification to appeal.

*Arnold V. Amore II*, special public defender, in support of the petition.

*Mitchell S. Brody*, assistant state's attorney, in opposition.

Decided January 8, 1998

STATE OF CONNECTICUT *v.* ARTHUR BRANNEN, JR.

The defendant's petition for certification for appeal from the Appellate Court, 47 Conn. App. 910 (AC 15945), is denied.

*Adele V. Patterson*, special assistant public defender, in support of the petition.

*Eileen McCarthy Geel*, deputy assistant state's attorney, in opposition.

Decided January 8, 1998

BENJAMIN GYADU *v.* D'ADDARIO INDUSTRIES ET AL.

The plaintiff's petition for certification for appeal from the Appellate Court (AC 17260) is denied.

*Benjamin Gyadu*, pro se, in support of the petition.

Decided January 8, 1998